IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NANCY KEY, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 1:08cv217-WC |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

Upon consideration of Plaintiff's unopposed Motion for Extension of Time (Doc. #12) to file a Brief, filed July 11, 2008, and for good cause, it is

ORDERED that the Motion (Doc. #12) is GRANTED.  Plaintiff shall file her Brief **on or before September 19, 2008**.

DONE this 11th day of July, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE