IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **NANCY KEY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO. 1:08-CV-217 -WC** |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| **Commissioner of the Social** ) | |
| **Security Administration,** ) | |
| ) | |
| **Defendant.** ) | |

### MOTION FOR LEAVE TO FILE PLAINTIFF'S BRIEF IN EXCESS OF THE COURT'S 15 PAGE LIMIT

The Plaintiff moves this Honorable Court for permission to file the attached Brief of Plaintiff, with two pages more than the 15 page limit.

Dated this the 7th day of August, 2008.

                                                  Respectfully submitted,

                                                  S/Micki Beth Stiller
                                                  _____
                                                  MICKI BETH STILLER (STI008)
                                                  Attorney for Plaintiff
                                                  P.O. Box 1071
                                                  Montgomery, Alabama  36101
                                                  (334)  834-5544
                                                  Facsimile: 334-264-3587
                                                  E-mail: mbstiller@mbstiller.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2008, I electronically filed the foregoing with the clerk of the Courts using the CM/EFC system which will send notification of such filing to Defendant's Attorney, R. Randolph Neeley.

S/Micki Beth Stiller

Micki Beth Stiller
Attorney at Law